UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 09-mj-0016 CMK

vs.

**ORDER TO PAY**

Robert G. Vance

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

| City | State | Zip Code |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 3-17-09          _____
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 09-mj-0016 CMK FINE Count1 190⁰⁰ ASGMT. 10⁰⁰
CITATION / CASE NO: _____ FINE Count2 990⁰⁰ ASGMT. 10⁰⁰
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

☒ FINE TOTAL of $ 1,200⁰⁰ and a penalty assessment of $ _____ within
days/months or payments of $ 100⁰⁰ per month, commencing 4-1-09
and due on the First of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
☒ **PROBATION** to be unsupervised / supervised for: 2 years
To terminate upon payment

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC  501 I Street
~~650 Capital Mall, Rm 2546~~
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 3-17-09          _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office                                          EDCA - 03 Rev 8/97